UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ANDREW HOWELL,

    Petitioner,

                                                                           File no: 1:19-CV-446

v.

                                                                          HON. ROBERT J. JONKER

LES PARISH,

    Respondent.

                                     /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 4, 2021 (ECF No. 9).  The Report and Recommendation was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

    **ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 9) is approved and adopted as the opinion of the Court.

    **IT IS FURTHER ORDERED** that Petitioner's habeas petition is **DENIED**.

    **IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

    **IT IS FURTHER ORDERED** that Petitioner is denied a certificate of appealability.

    The Court discerns no good-faith basis for appeal of this matter.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).


Date:   March 26, 2021                        /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE